IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>                                                     )<br>                    Plaintiff,         )<br>                                                     )<br>       vs.                                        )<br>                                                     )<br>MIGUEL ANGEL RODRIGUEZ RAMIREZ, )<br>                                                     )<br>                    Defendant        ) | 8:24CR154<br><br>ORDER |

This matter is before the court on the defendant's Unopposed Motion to Continue Trial [23]. Counsel needs additional time to conduct plea negotiations. For good cause shown,

**IT IS ORDERED** that the Unopposed Motion to Continue Trial [23] is granted as follows:

1. The jury trial, now set for March 18, 2025, is continued to **April 22, 2025.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and April 22, 2025**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(6), (7)(A) & (B)(iv).

3. **No further continuances will be granted without a hearing before the undersigned magistrate judge and a showing of exceptional good cause.**

DATED: February 21, 2025.

BY THE COURT:

s/ Ryan C. Carson
**United States Magistrate Judge**